IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARVIO OLIVER, | : | |
| Plaintiff | : | |
| VS. | : | |
| GEORGIA DEP'T OF CORRECTIONS, GDOC Comm'r JAMES DONALD, and Officers JAMES WARD BROOKS and ELDRIDGE LEE PICKLE, JR. | : | NO. 5:06-cv-320 (CAR) |
| Defendants | : | **O R D E R** |

Pursuant to this Court's order dated December 15, 2006, *pro se* plaintiff **MARVIO OLIVER** has provided additional information. In the Court's December 15th order, the Court asked plaintiff to answer the following questions:

> **(1) Precisely how long did you stay at Jackson State Prison ("JSP") following the accident? (2) Did you inform any JSP medical or other personnel (other than Officers Brooks and Pickle) of your injuries and need for medical treatment? If the answer is yes, state the names and positions of those officials whom you told. If the answer is no, why not? (3) Were either Officer Brooks or Officer Pickle your transport officers from JSP to Phillips? (4) How were you injured as a result of the several hours delay before you received treatment at Phillips State Prison ("PSP")?**

Plaintiff's complaint arises out of a traffic accident occurring at approximately 7:30 a.m. on March 7, 2006, wherein the prison van in which plaintiff was being transported (driven by defendant Officer Eldridge Pickle) was rear-ended by a prison van driven by defendant Officer Joseph Ward Brooks. According to plaintiff, Officers Brooks and Pickle "left the accident scene and continued on" to JSP, a 5 to 10 minute drive away. Plaintiff states that he remained at JSP for approximately

1

45 minutes, at which time plaintiff was placed on a van and transported to PSP, where plaintiff was treated for "severe injuries" to his neck and back.

Besides defendant Officers Brooks and Pickle, plaintiff advised Nurse Audrey Allen of JSP (not named as a defendant) of his need for medical treatment. Neither Officer Brooks nor Pickle transported plaintiff from JSP to PSP. With regard to the injuries plaintiff allegedly suffered as a result of the delay in medical treatment, plaintiff alleges that if Officers Brooks and Pickle had summoned an ambulance as plaintiff believes they should have, he would have been lain down flat and given pain medication.

The Court finds that plaintiff has failed to allege a valid claim against Officers Brooks and Pickle. JSP was only a 5 to 10 minute drive from the scene of the accident, where medical treatment was available to plaintiff. That Nurse Allen, and perhaps other JSP officials, failed to treat plaintiff but instead transported him to PSP for treatment is not attributable to Officers Brooks and Pickle who merely transported plaintiff from the accident to JSP. Even if Officers Brooks and Pickle failed to call an ambulance, as plaintiff complains, they immediately transported him to JSP and were not responsible for officials there failing to treat plaintiff.

In light of the above, plaintiff's motion for reconsideration is **DENIED** in its entirety.

**SO ORDERED**, this 29th day of January, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

cr